**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE
CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA
In The Court of Appeals**

Tonji Lavonne Meredith, Appellant,

v.

Tammy Lee Glenn and Scottie S. Glenn, Respondents.

Appellate Case No. 2021-001076

———————

Appeal From Spartanburg County
J. Derham Cole, Circuit Court Judge

———————

Unpublished Opinion No. 2025-UP-137
Submitted April 16, 2025 – Filed April 23, 2025

———————

**AFFIRMED**

———————

Tonji Lavonne Meredith, of Greer, pro se.

Gary L. Compton, of Spartanburg, for Respondents.

———————

**PER CURIAM:**  Tonji Lavonne Meredith appeals the circuit court's order denying
her motion to reconsider a circuit court order dismissing her appeal for failure to
comply with the procedural requirements of section 62-1-308 of the South Carolina
Code (2022).  On appeal, she argues the circuit court erred when (1) the probate
court ordered a deed search that was never executed, (2) the probate court refused
to accept a subsequent will from her, and (3) the probate court and circuit court

made decisions without seeing a letter affirming the validity of the credentials of the notary who notarized the will.  We affirm pursuant to Rule 220(b), SCACR.

We hold Appellant's arguments are not properly before this court on appeal because she did not include or discuss authority to support the arguments raised in her brief.  *See Equivest Fin., LLC v. Ravenel*, 422 S.C. 499, 506, 812 S.E.2d 438, 441 (Ct. App. 2018) ("When a party provides no legal authority regarding a particular argument, the argument is abandoned and the court will not address the merits of the issue."); Rule 208(b)(1)(E), SCACR (stating the "particular issue to be addressed" in appellant's brief shall be "followed by discussion and citations of authority").  Accordingly, we affirm the circuit court's order.

**AFFIRMED.**[1]

**KONDUROS, MCDONALD, and HEWITT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.